# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEPHRIC N. GARRETT

NO. 2020 KW 0082

**MAR 1 3 2020**

---

In Re:     Stephric N. Garrett, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 168-F-2020.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of St. Tammany Parish reflects the district court is proceeding toward disposition of relator's "Motion for Release from Bond Obligation or Bond Reduction," as it is set for hearing on March 23, 2020.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT